GEORGE W. MORRIS, as Administrator, etc., of GORDON MORRIS, Deceased,

Respondent, v. LESLIE F. SUTHERLAND, Appellant.— Order denying on condition defendant's motion to dismiss complaint affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.